OPINION — AG — ** OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM — BENEFITS — SERVICE CREDIT ** INDIVIDUALS WHO ARE ELIGIBLE TO RECEIVE RETIREMENT CREDIT OR BENEFITS FROM ONE OF THE STATE RETIREMENT SYSTEMS DESCRIBED IN 74 O.S. 913 [74-913](4), BUT WHO HAVE NOT ACTUALLY RECEIVED ANY BENEFITS PAYMENTS, ARE 'NOT' ELIGIBLE TO TAKE ADVANTAGE OF THE PROVISIONS REGARDING PRIOR SERVICE CREDIT OUTLINED IN 74 O.S. 913 [74-913](A) (TIME CREDITS, ELIGIBILITY OF RETIREMENT BENEFITS) (MICHAEL SCOTT FERN)